# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AFSCME Local 590 Health and Welfare Fund | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| O'Neill Consulting Corp. | : | NO.21-2116 |
| | : | |
| | : | |

## ORDER

A Settlement Conference in the above-captioned case will be held on August 24, 2021 at 2:00 pm before the Honorable Scott W. Reid, United States Magistrate Judge, in Courtroom __, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106. Counsel are directed to prepare and present on the day of the Settlement Conference a detailed joint status report describing counsels' attempts to resolve this matter, including the parties latest settlement offers and/or demands. Such report should not be filed with the Court and will be kept in confidence by the undersigned. Counsel is directed to email the joint status report to PAED_Reid_Chambers@paed.uscourts.gov.

**Counsel are directed to have clients with ultimate authority to settle physically PRESENT in the courtroom for the duration of this conference**.[1]

BY THE COURT**:**

S/Scott W. Reid_____
HON. SCOTT W. REID
267-299-7640/267-299-5075 Fax

Date: 6/29/21

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with ultimate settlement authority is also required to attend.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | No. |

## SETTLEMENT CONFERENCE SUMMARY

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**

**Name:**

**Address:**

**Phone:**

**Client:**

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**

**Name of Individual with Ultimate Settlement Authority
who will be present at the settlement conference:**

**MOTIONS PENDING:**

**STATUS OF DISCOVERY:**

**OTHER RELEVANT MATTERS:**

**PRIOR OFFERS/DEMANDS:**

### ATTACH SYNOPSIS OF CASE

**IDENTIFY:  1) CAUSES OF ACTION  2) PROOFS OF SAME, AND 3) ITEMIZATION AND PROOF OF DAMAGES CLAIMED.  COUNSEL SHOULD ALSO INCLUDE ANY OTHER INFORMATION THAT WOULD BE HELPFUL TO THE COURT IN EVALUATING THIS MATTER.**