## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AFSCME LOCAL 590 HEALTH AND WELFARE FUND** by and through its Board of Trustees, **YVONNE HARRIS**, Trustee, **JALIL M. SHAFI**, Trustee, **LLOYD FRANK**, Trustee and **ANGELA CABRERA**, Trustee | : : : : : : : | **CIVIL ACTION** |
| v. | : : | |
| **O'NEILL CONSULTING CORPORATION** | : | **NO. 21-2116** |

## ORDER

**NOW,** this 26th day of August, 2021, upon consideration of defendant's Unopposed Motion for Extension of Time to File a Brief in Response to Counter-Defendants' Motion to Dismiss (Doc. No. 22 ), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that O'Neill Consulting Corporation shall file its response no later than **September 17, 2021**.

/s/ TIMOTHY J. SAVAGE J.