IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AFSCME LOCAL 590 HEALTH AND** | : | **CIVIL ACTION** |
| **WELFARE FUND by and through its** | : | |
| **Board of Trustees, YVONNE HARRIS,** | : | |
| **Trustee, JALIL M. SHAFI, Trustee,** | : | |
| **LLOYD FRANK, Trustee and** | : | |
| **ANGELA CABRERA, Trustee** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **O'NEILL CONSULTING CORPORATION** | : | **NO. 21-2116** |

## ORDER

**NOW**, this 6th day of October, 2021, upon consideration of the Plaintiff's Motion to Dismiss Defendant's Counterclaim (Doc. No. 19) and the defendant having failed to file a response to the motion, it is **ORDERED** that the motion is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that the defendant O'Neill Consulting Corporation's counterclaim is **DISMISSED**.

/s/ TIMOTHY J. SAVAGE J.

---

[1] Because the defendant has failed to file a response within fourteen days of the filing of the plaintiff's motion, the motion is granted as uncontested pursuant to Local Rule of Civil Procedure 7.1(c).