**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**9614 U.S. COURTHOUSE**
**INDEPENDENCE MALL WEST**
**601 MARKET STREET**
**PHILADELPHIA, PA 19106**

October 22, 2021

Courtney K. Mazzio
Freeman, Mathis, & Gary LLP
1800 JFK Blvd., Suite. 1500
Philadelphia, PA 19103

RE: 2:21-cv-02116-TJS
AFSCME Local 590 Health and Welfare Fund et al v. O'Neill Consulting Corporation

Dear Counsel,

     A review of the docket shows that service of the third-party complaint has not been made.

     Rule 4(m) of the Federal Rules of Civil Procedure requires that the defendant must be served with the complaint within ninety days after a complaint is filed. If service is not made by **November 11, 2021**, the action will be dismissed without prejudice for lack of prosecution unless good cause for the failure to comply with Rule 4(m) is shown prior to that time.

     Alex Eggert
     Deputy Clerk to Judge Savage
     267-299-7489