IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AFSCME LOCAL 590 HEALTH AND WELFARE FUND** by and through its Board of Trustees, **YVONNE HARRIS**, Trustee, **JALIL M. SHAFI**, Trustee, **LLOYD FRANK**, Trustee and **ANGELA CABRERA**, Trustee | : : : : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **O'NEILL CONSULTING CORPORATION** | : | **NO. 21-2116** |

### ORDER

**NOW**, this 8th day of December, 2021, upon consideration of the Joint Motion for Voluntary Dismissal (Document No. 13), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.